**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00278-CV

### JULIE E. SCHMADER, Appellant

### V.

### MATTHEW M. BUTSCHEK D/B/A ACCENT FINANCIAL SERVICES, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01100-2012**

## ORDER

We **GRANT** appellant's August 10, 2015 unopposed motion for leave to file an amended brief. We **ORDER** the amended brief tendered to this Court on August 10, 2015 filed as of the date of this order.

/s/  ELIZABETH LANG-MIERS
    JUSTICE